UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

James L Kleinheksel
Audrey Pamela Kleinheksel

      Debtors

_____/

Chapter 7
Case Number 18-00460
Honorable John T. Gregg

**NOTICE OF APPEARANCE**

Please take notice that Orlans PC has been retained as Attorney for Creditor, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date:  March 21, 2018

Respectfully Submitted,

/s/ Ryan J. Byrd_____
Craig B. Rule, Esq. P67005
Elizabeth M. Abood-Carroll, Esq. P46304
Heather D. McGivern, Esq. P59393
Ryan J. Byrd, Esq. P75906
Orlans PC
Attorney for U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust
P.O. Box 5041
Troy, MI 48007
(248) 502-1400
Email: rbyrd@orlansgroup.com
File Number: 18-004295