STATE OF MICHIGAN Allegan County
Joyce A. Watts Register of Deeds
RECORDED
October 01, 2009  10:37:09 AM
Liber 3364 Page 693-693  M AS
FEE: $17.00

Liber 3364 Page 693 #2009019059

## ASSIGNMENT OF MORTGAGE

Kleinheksel, James L

KNOW ALL MEN BY THESE PRESENTS, that Mortgage Electronic Registration Systems, Inc as nominee for Lender and Lenders successors and/or assigns, 1595 Spring Hill Rd, suite 310, Vienna, VA 22182, party of the first part, for and in consideration of the sum of One Dollar ($1.00) and other valuable considerations, lawful money of the United States of America, to it paid by: BAC Home Loans Servicing, L.P., 400 Countrywide Way, Simi Valley, CA 93065-6298, party of the second part, the receipt whereof is hereby acknowledged, has sold, assigned and transferred, and does hereby sell, assign and transfer to the said party of the second part, all the right, title and interest of the said party of the first part in and to a certain real estate mortgage made by James L. Kleinheksel and Audrey Kleinheksel, husband and wife, original mortgagor(s), to Mortgage Electronic Registration Systems, Inc., as nominee for lender and lender's successors and/or assigns, Mortgagee, dated June 5, 2007, and recorded on June 19, 2007 in Liber 3130 on Page 552,* in Allegan county records, Michigan

IN WITNESS WHEREOF, said party of the first part has caused these presents to be signed by its duly authorized officers and its corporate seal to be hereunto affixed, this 22 day of September, 2009.

*and re-recorded to correct legal on 1/28/08 in Liber 3199, Page 269

In the presence of:                        Signed:

Mortgage Electronic Registration Systems, Inc as nominee for Lender and Lenders successors and/or assigns

By _____
Marcy J. Ford, Vice President, for Mortgage Electronic Registration Systems, Inc., pursuant to Agreement for Signing Authority dated 05/19/2009

STATE OF MICHIGAN  )
                   )SS.
COUNTY OF OAKLAND  )

This instrument was acknowledged before me in Oakland County, State of Michigan, on this 22 day of September, 2009, by Marcy J. Ford, Vice President, for Mortgage Electronic Registration Systems, Inc., pursuant to Agreement for Signing Authority dated 05/19/2009, for the corporation.

Shelley M. Forsythe, Notary public
State of Michigan, County of Oakland
My commission expires February 10, 2013
Acting in the County of Oakland

| When Recorded Return To: | Drafted by: Ellen L. Coon |
|---|---|
| Trott & Trott, P.C. | Trott & Trott, P.C. |
| 31440 Northwestern Highway, Suite 200 | 31440 Northwestern Highway, Suite 200 |
| Farmington Hills, MI 48334-2525 | Farmington Hills, MI 48334-2525 |

Township of Fillmore:
Legal Description:
Part of the Southwest 1/4 of Section 36, Town 7 North, Range 15 West, Fillmore Township, Allegan County, Michigan, being described as: commencing at the Southwest corner of said Section; thence North 00 degrees 39 minutes 35 seconds West 768.00 feet along the West line of said Section to the Point of beginning of the parcel of land herein described; thence continuing along said West line North 00 degrees 39 minutes 35 seconds West 240.00 feet; thence South 86 degrees 30 minutes 50 seconds East 373.92 feet; thence parallel with the West line of Section 36 South 00 degrees 39 minutes 35 seconds east 219.87 feet; thencce North 89 degrees 36 minutes 00 seconds West 373.00 feet to the Point of beginning.

Tax Parcel No. 06-036-017- 33

Property Address
3625 50th St
Hamilton, MI 49419-9633




DATED 5/14/18 ALLEGAN County
Bob Genetski, Register of Deeds
RECORDED ELECTRONICALLY
3/15/2018 9:48 AM
Liber 4228 Page 440 - 440
M AS           Fee: 33.00
**Liber 4228    Page 440    # 2018004321**

Space above for Recorder's use

## ASSIGNMENT OF MORTGAGE

Recording Requested By:
CALIBER HOME LOANS, INC.

And When Recorded Mail To:
Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma city, OK 73134

FOR VALUE RECEIVED, **BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP,, 1800 TAPO CANYON RD., SIMI VALLEY, CA 93063-0000,** hereby assign and transfer to **U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST, 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-0000,** all its right, title and interest in and to said Mortgage in the amount of **$316,000.00**, recorded in the State of **MICHIGAN**, County of **ALLEGAN** Official Records, dated **JUNE 05, 2007** and recorded on **JUNE 19, 2007**, as Instrument No. **2006027729, in LIBER: 3130, at Page No. 552**, and Re-Recorded on: **JANUARY 28, 2008** as Instrument No. **2008001886, in LIBER: 3199, at Page No. 269.**
Executed by: **JAMES L. KLEINHEKSEL AND AUDREY KLEINHEKSEL, HUSBAND AND WIFE** (Original Mortgagor).
Original Mortgagee: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR MACATAWA BANK MORTGAGE COMPANY, ITS SUCCESSORS AND ASSIGNS.**

Date: **MARCH 06, 2018**
BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP,
BY CALIBER HOME LOANS, INC., AS ATTORNEY IN FACT

By: _____
Kendra Cook, Vice President

State of     **OKLAHOMA**         }
County of    **OKLAHOMA**         } ss.

On **MARCH 06, 2018**, before me, **B. Coulter**, a Notary Public, personally appeared **Kendra Cook**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

(Notary Name): **B. Coulter**
My commission expires: 05/14/2020

Prepared By: **Caliber Home Loans, Inc.**
13801 Wireless Way
Oklahoma City, OK 73134
**BHASKER DUBBAKA, (405) 608-2535**